✓ FILED ___ ENTERED
____ LOGGED _____ RECEIVED

1:10 pm, Oct 27 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ______DG______Deputy

JDM/PR: USAO 2026R00832

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **ZEN ALJUFRI,** | * | **CASE NO.** 1:26-mj-02878-CJC |
| | * | |
| **Defendant.** | * | **FILED UNDER SEAL** |
| | * | |
| | * | |

**********

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

1. Your Affiant is an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18.

2. Your Affiant is a Special Agent (SA) with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI) and has been a sworn member of HSI since September 2025. Your Affiant is currently assigned to the HSI Seaport group in Baltimore, Maryland, which has the responsibility of investigating and enforcing federal criminal law violations related to imports and exports. Prior to serving with HSI, your Affiant was a SA and sworn member of the United States Secret Service (USSS) between September 2019 and September 2025. Prior to that, your Affiant was a Deputy Sheriff and a sworn law enforcement officer of Raleigh County located in West Virginia. Your Affiant has completed the Basic Training Course at the West Virginia State Police Academy in Dunbar, West Virginia; the Criminal Investigator Training Program (CITP) at the Federal Law Enforcement Training Center in Glynco,

Georgia; USSS Special Agent Training Course (SATC) at the James J. Rowley Training Center in Laurel, Maryland; and the Homeland Security Investigations Special Agent Training (HSISAT) at Fort Benning, Georgia. Your Affiant has received training in a variety of criminal investigations, including financial crimes as well as import- and export-related crimes.

3. As a SA assigned to the HSI Seaport group, your Affiant has participated in investigations involving import- and export-related crimes, including controlled substance trafficking, stolen vehicle exportation, and the unlawful importation and distribution of machinegun conversion devices (MCDs). These investigations often involve cross-border movement of commodities, merchandise, and contraband. Furthermore, your Affiant has conducted interviews, reviewed shipping and financial records, conducted database and open-source research, and performed physical and electronic surveillance in furtherance of these investigations. Your Affiant has also participated in the planning and execution of search warrants and arrest warrants in the Baltimore, Maryland area and other jurisdictions. Your Affiant's participation in these enforcement actions has contributed to the collection and preservation of evidence, the apprehension of subjects, and the advancement of ongoing criminal investigations.

4. Throughout his law enforcement career, your Affiant has prepared and affirmed the accuracy of multiple affidavits supporting applications for search warrants and arrest warrants. These affidavits have presented the relevant investigative facts, described the evidentiary nexus between criminal activity and the locations or persons to be searched or arrested, and articulated probable cause for judicial consideration.

5. Because this Affidavit is submitted for the limited purpose of establishing probable cause for the requested warrant, your Affiant has not included every fact learned during this investigation. Rather, your Affiant has set forth only those facts believed necessary to establish

probable cause for the issuance of the requested warrant. Your Affiant has not knowingly omitted any information that would negate the finding of probable cause.

6. The information contained in this Affidavit is based upon your Affiant's personal knowledge, review of investigative reports, records, documents, electronic data, surveillance, and other evidence, as well as conversations with other law enforcement officers, witnesses, victims, and other individuals. Unless otherwise indicated, all statements and conversations described herein are related in substance and in part. Any summaries, descriptions, or quotations of communications, surveillance recordings, electronic messages, or other evidence are based upon my review of such materials and are not intended to represent verbatim recitations of their entire contents.

## PROBABLE CAUSE

7. As detailed below, your Affiant sets forth facts to show that there are sufficient grounds to find probable cause to believe that **ZEN ALJUFRI** did attempt to bribe and did bribe public officials, in violation of 18 U.S.C. § 201(b).

8. According to shipping records, on or about April 29, 2026, container ship vessel Maersk Dortmund Express departed Tanjung Pelepas, Malaysia. The vessel was carrying Container No. MSKU0521452 ("Container #1"). The cargo in Container #1 was described as "MITRAGYNA SPECIOSA." The consignee for Container #1 was listed in the electronic filings associated with the shipment as "ALJUFRI GLOBAL ENTERPRISES." On or about June 8, 2026, the vessel, along with Container #1, arrived in port in Baltimore, Maryland.

9. Prior to arrival to the port in Baltimore, U.S. Customs and Border Protection ("CBP") officials placed a hold on Container #1 pending agriculture review because of the shipment's potential relation to kratom and related substances.[1]

10. According to shipping records, on or about July 12, 2026, container ship Maersk Basle Express departed Tanjung Pelepas, Malaysia. The vessel was carrying Container No. FCIU9072362 ("Container #2"). The cargo in Container #2 was described as "MITRAGYNA SPECIOSA." The consignee for Container #2 was listed in electronic filings associated with the shipment as "FEGANOS LLC." On or about August 23, 2026, the vessel arrived in port in Baltimore, Maryland.

11. Prior to the arrival to the port in Baltimore, on or about August 20, 2026, CBP officials placed a hold on Container #2 pending an agricultural review.

12. On August 31, 2026, at approximately 3:04 p.m., **ALJUFRI** appeared at the CBP East Coast Warehouse Container Examination Station in Baltimore County, Maryland. **ALJUFRI** arrived in a black in color Sports Utility Vehicle (SUV) (hereinafter, "Target Vehicle 1"). The image from surveillance footage is reproduced below.

---

1 Kratom is a tropical tree native to Southeast Asia. Consumption of its leaves produces both stimulant effects and can lead to psychotic symptoms, and psychological and physiological dependence. Kratom leaves contain two major psychoactive ingredients (mitragynine and 7-hydroxymytragynine). These leaves are crushed and then smoked, brewed with tea, or placed into gel capsules. Starting on February 28, 2014, FDA published Import Alert 54-15, which placed kratom on the list of items that should be detained without physical inspection at ports of entry. The FDA continued to update the alert, and placed various importers into the alert to notify CBP officers of importers who import kratom. ALJUFRI GLOBAL ENTERPRISES was added to the alert on November 16, 2022. Additionally, effective August 26, 2026, the U.S. Drug Enforcement Administration (DEA) placed three synthetic, kratom-related compounds into Schedule I of the Controlled Substances Act via a temporary emergency order: (1) Mitragynine pseudoindoxyl (also referred to as MGPI); (2) MGM-15 (dihydro-7-hydroxymitragynine); (3) MGM-16 (9-fluoro-dihydro-7-hydroxymitragynine).




13. While at the CBP East Coast Warehouse Container Examination Station, **ALJUFRI** asked to speak to CBP Officer Timothy McDaniel. **ALJUFRI** indicated he wanted to make an inquiry about an inbound shipment that was currently on hold. During this interaction, **ALJUFRI** presented to CBPO McDaniel on his cellular device what appeared to be CBP form 7501 Entry Summary with what appeared to be a filer code containing "CEY." CBPO McDaniel later identified that partial filer code to be associated with Container #2. CBPO McDaniel provided **ALJUFRI** with contact information for how to make an official inquiry about an inbound shipment. **ALJUFRI** thereafter left the warehouse area. At approximately 3:56 p.m., as CBPO McDaniel exited the building at the end of his workday, **ALJUFRI** approached him near his vehicle. The image from surveillance footage is reproduced below.



ALJUFRI seconds prior to interacting with CBPO Timothy McDaniel for the second time. CBPO Timothy McDaniel depicted wearing blue in color top. ALJUFRI behind Target Vehicle 1.

14. He then gave CBPO McDaniel a business card. CBPO McDaniel observed the handwritten notations "5K/cont" on the back of the card. A copy of the business card and the writing is reproduced as follows:







CBPO McDaniel interpreted this exchange as **ALJUFRI** offering $5,000 for each container that CBPO McDaniel could have released from the customs hold. **ALJUFRI** attempted to assure CBPO McDaniel that the containers did not contain anything illegal and stated that the arrangement was "only business." CBPO McDaniel declined the offer and ordered **ALJUFRI** to leave the premises. As **ALJUFRI** was leaving the premises, CBPO McDaniel manually recorded the license plate of Target Vehicle 1 as **8GT-1696** on the back of one of the business cards **ALJUFRI** provided to him.

15. CBPO McDaniel subsequently reviewed the business card he was given which indicated that **ALJUFRI** was associated with ALJUFRI GLOBAL ENTERPRISES. CBPO McDaniel then reviewed CBP databases and observed that Container #1 was associated with that business. Further, he observed that Container #1 was associated with an FDA Import Alert 54-15 because ALJUFRI GLOBAL ENTERPRISES was listed on the FDA's "Red List" for being associated with kratom imports. ALJUFRI GLOBAL ENTERPRISES was added to the Red List following an interview that **ALJUFRI** had with FDA SA Jason Hyman in October 2022. **ALJUFRI** was identified as the party responsible for the attempted entry of Mitragyna Speciosa into the United States on July 4, 2022. The Mitragyna Speciosa was listed as an agricultural product. **ALJUFRI** initially stated that the product was to be used as an ingredient in fertilizer, and that he had a business relationship with Meadow Farms Nurseries, J.R. Wright and Sons, and Shemin Nurseries wherein he sold them Mitragyna Speciosa to be used as a fertilizer ingredient. SA Hyman advised **ALJUFRI** that he had contacted representatives from Meadow Farms Nurseries, J.R. Wright and Sons, and Shemin Nurseries and they denied having any business relationship with Aljufri Global Enterprises or the substance Mitragyna Speciosa. **ALJUFRI** admitted the information he had previously provided to the FDA regarding the intended use of the Mitragyna Speciosa had been fabricated. As a result, **ALJUFRI**'s business was added to the FDA Red List.

16. Furthermore, utilizing the cargo description of Container #1, CBPO McDaniel was able to identify the second inbound container, Container #2 which is associated with the partial filer code "CEY" that he observed earlier on **ALJUFRI's** cellular device. However, the consignee associated with Container #2 is a business identified as FEGANOS LLC.

17. CBPO McDaniel recalled responding to an email earlier that day from a subject identified as Jacob Pandy who inquired about Container #2. McDaniel drew the conclusion that **ALJUFRI** knew to ask for him by name at the Container Examination Station because he responded to that email on behalf of the Trade Enforcement email router.

18. On October 1, 2026, I observed Target Vehicle # 1, a black in color SUV bearing Maryland registration **8GT-1696** parked in the driveway of 3605 Garrison Blvd, Baltimore, MD 21215, a gray in color multistory single-family home with a driveway and white fencing. The home and vehicle are pictured below:



Target Vehicle #1 sighted at 3605 Garrison Blvd Baltimore, MD 21215

19. Furthermore, on October 2, 2026, I conducted aerial surveillance at 3605 Garrison Blvd, Baltimore, MD 21215 utilizing an HSI unmanned aerial vehicle ("UAV") SkydioX10-29df, FA3TMLCFPA while in unclassed airspace. During the aerial surveillance, I observed a black in color SUV parked in the driveway that resembled that of the black SUV I observed the day prior.




Target Vehicle #1 sighted at 3605 Garrison Blvd Baltimore, MD 21215

20. Then, on October 6, 2026, **ALJUFRI** arrived in person to the Baltimore CBP Field Office located at E. Redwood Street in Baltimore to make inquiry about Container #1. Accordingly, on October 14, 2026, a CBPO acting in an undercover capacity (UC) called **ALJUFRI** back on a recorded line. During the call, the UC indicated that they were aware of the

offer that **ALJUFRI** made to CBPO McDaniel, and the UC asked **ALJUFRI** if the offer was still on the table. **ALJUFRI** indicated that it was.

21. Then, on or about October 16 and 17, 2026, the UC and **ALJUFRI** exchanged a number of text messages in which **ALJUFRI** made further offers to pay the UC in exchange for the UC releasing Container #1 and Container #2. The following represents a screenshot of the texts between **ALJUFRI** and the UC:

| Date | End Time | VIP # | Caller # | Recipient # | Type | Direction | SMS Delivery Status | Content |
|---|---|---|---|---|---|---|---|---|
| 10/16/2026 | 01:29:24 PM EDT | 443-294-7205 | 240-237-2531 | | SMS | IN | | When we can meet? |
| 10/16/2026 | 01:32:47 PM EDT | 443-294-7205 | 240-237-2531 | | SMS | IN | | 1 container detained for 4 months until now. |
| 10/16/2026 | 02:10:29 PM EDT | 443-294-7205 | | 240-237-2531 | SMS | OUT | Delivered | Zen, let's meet on Tuesday at 1pm. 2 containers being released, bring 20K cash. If you agree, I'll send you the location |
| 10/16/2026 | 02:13:43 PM EDT | 443-294-7205 | 240-237-2531 | | SMS | IN | | It's too high for me, I re-exported them the forwarding need only $3000/container , but it's takes too long I need ASAP |
| 10/16/2026 | 02:14:39 PM EDT | 443-294-7205 | 240-237-2531 | | SMS | IN | | Round trips will be $6000 /cont |
| 10/16/2026 | 02:14:57 PM EDT | 443-294-7205 | 240-237-2531 | | SMS | IN | | I have cash in hand |
| 10/16/2026 | 02:16:04 PM EDT | 443-294-7205 | | 240-237-2531 | SMS | OUT | Delivered | How much? |
| 10/16/2026 | 02:16:43 PM EDT | 443-294-7205 | 240-237-2531 | | SMS | IN | | I am flexible. |
| 10/16/2026 | 02:18:05 PM EDT | 443-294-7205 | 240-237-2531 | | SMS | IN | | As long as you can help me out with this, we can talk about the cost |
| 10/16/2026 | 02:18:58 PM EDT | 443-294-7205 | | 240-237-2531 | SMS | OUT | Delivered | I am putting a lot on the line here. I need 20k or something close. I could loose my job for excepting a bribe. |
| 10/16/2026 | 02:31:23 PM EDT | 443-294-7205 | 240-237-2531 | | SMS | IN | | With me everything will be safe |
| 10/16/2026 | 02:38:13 PM EDT | 443-294-7205 | | 240-237-2531 | SMS | OUT | Delivered | Are you good to meet on Tuesday at1pm? How much will you bring? |
| 10/16/2026 | 02:40:29 PM EDT | 443-294-7205 | 240-237-2531 | | SMS | IN | | Ok Tuesday at 1 pm, we do one container first, I'll bring $7k, but let see how it works |
| 10/16/2026 | 02:43:42 PM EDT | 443-294-7205 | | 240-237-2531 | SMS | OUT | Delivered | 7k per container or 7k total? |
| 10/16/2026 | 03:12:26 PM EDT | 443-294-7205 | | 240-237-2531 | SMS | OUT | Delivered | It's too much risk i will have to release both containers at the same time. |
| | | | | | | | | These containers have the FDA looking at them but if i say they are both good they will release them. 14k is a good number. Can you do it? |
| 10/16/2026 | 03:57:56 PM EDT | 443-294-7205 | 240-237-2531 | | SMS | IN | | Okay, but I need one by one , I need to know how it's working |
| 10/16/2026 | 04:02:01 PM EDT | 443-294-7205 | | 240-237-2531 | SMS | OUT | Delivered | I am CBP, if i say release it, they will be released into the country and i might me able to return your warehouse fees. |
| 10/16/2026 | 06:19:58 PM EDT | 443-294-7205 | 240-237-2531 | | SMS | IN | | Loved â€œI am CBP, if i say release it, they will be released into the country and i might me able to return your warehouse fees.â€ |
| 10/17/2026 | 07:53:20 AM EDT | 443-294-7205 | | 240-237-2531 | SMS | OUT | Delivered | Starbucks 7201 Bethlehem Blvd, Sparrows Point, MD 21219 |
| 10/17/2026 | 07:56:06 AM EDT | 443-294-7205 | | 240-237-2531 | SMS | OUT | Delivered | Tuesday at 1pm, bring at least least 14k we can discuss future imports in person. |
| 10/17/2026 | 01:20:38 PM EDT | 443-294-7205 | 240-237-2531 | | SMS | IN | | Liked â€œTuesday at 1pm, bring at least least 14k we can discuss future imports in person.â€ |

22. Then, on October 20, 2026, **ALJUFRI** appeared at a Starbucks located at 7201 Bethlehem Blvd, Sparrows Point, MD 21219 in order to meet in person with the UC. Prior to **ALJUFRI's** arrival, a dark blue in color Mercedes-Benz bearing Maryland registration **9CY2968** (hereinafter, "Target Vehicle 2"), was observed at 3605 Garrison Blvd, Baltimore, MD 21215. **ALJUFRI** was observed operating Target Vehicle #2 in and around the area of the above-referenced Starbucks both before and after the meeting with the UC.

23. During the meeting, **ALJUFRI** and the UC discussed the release of both Container #1 and Container #2 into commerce and or re-export. The UC explained to **ALJUFRI** that the act of receiving money for the release of the containers is illegal and that the UC could lose their job and face criminal consequences. **ALJUFRI** made acknowledgement of the UC's statements. **ALJUFRI** made mention of a warehouse that investigators believe **ALJUFRI** may be utilizing to facilitate the movement of Mitragyna Speciosa. Furthermore, **ALJUFRI** made mention of ten (10) cargo containers investigators believe to contain Mitragyna Speciosa that are inbound to the United States. **ALJUFRI** demanded at least one (1) container be released before the remittance of payment to the UC. Following this discussion, **ALJUFRI** left the Starbucks in Target Vehicle #2.

24. Between October 21, 2026 and October 23, 2026 **ALJUFRI** and the UC exchanged text messages regarding the release of both containers. The following represents a screenshot of the texts between **ALJUFRI** and the UC:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2026/10/21 | 04:07:18 PM EDT | 240-237-2531 | MMS | Outgoing | Delivered | Zen, the compromise is my guys are loading up your stuff but we have to meet again and you need to bring the money before i release it. | |
| 2026/10/21 | 04:07:18 PM EDT | 240-237-2531 | MMS | Outgoing | Delivered | Zen, the compromise is my guys are loading up your stuff but we have to meet again and you need to bring the money before i release it. | |
| 2026/10/21 | 04:07:18 PM EDT | 240-237-2531 | MMS | Outgoing | Delivered | Zen, the compromise is my guys are loading up your stuff but we have to meet again and you need to bring the money before i release it. | |
| 2026/10/21 | 04:07:18 PM EDT | 240-237-2531 | MMS | Outgoing | Delivered | Zen, the compromise is my guys are loading up your stuff but we have to meet again and you need to bring the money before i release it. | |
| 2026/10/21 | 04:07:18 PM EDT | 240-237-2531 | MMS | Outgoing | Delivered | Zen, the compromise is my guys are loading up your stuff but we have to meet again and you need to bring the money before i release it. | |
| 2026/10/21 | 04:10:07 PM EDT | 240-237-2531 | SMS | Incoming | | The status is released , I just need to send the container and a truck for pulling it out | |
| 2026/10/21 | 04:11:08 PM EDT | 240-237-2531 | SMS | Incoming | | You need to process the other one , the status is still pending release | |
| 2026/10/21 | 04:11:29 PM EDT | 240-237-2531 | SMS | Incoming | | We can meet again | |
| 2026/10/21 | 05:31:03 PM EDT | 240-237-2531 | SMS | Incoming | | Are you off tomorrow?If you off we can meet tomorrow, if not we can meet Friday. But not at that area, that is too closed from your office | |
| 2026/10/22 | 09:14:07 AM EDT | 240-237-2531 | SMS | Incoming | | any update on this? | |
| 2026/10/22 | 03:27:36 PM EDT | 240-237-2531 | Call | Incoming | | | 0:09 |
| 2026/10/22 | 03:28:46 PM EDT | 240-237-2531 | Call | Incoming | | | 0:29 |
| 2026/10/22 | 03:31:42 PM EDT | 240-237-2531 | SMS | Outgoing | Delivered | Saw your call, im working. Lets me next Tuesday at 1pm again. | |
| 2026/10/22 | 03:31:46 PM EDT | 240-237-2531 | SMS | Outgoing | Delivered | 919 E Fort AveSpc 31Baltimore, MD 21230United States | |
| 2026/10/22 | 03:32:41 PM EDT | 240-237-2531 | SMS | Incoming | | Can do tomorrow? | |
| 2026/10/22 | 03:32:56 PM EDT | 240-237-2531 | SMS | Outgoing | Delivered | Bring the 7k or more if you are feeling generous. I'll approve it leaving the warehouse the next day. | |
| 2026/10/22 | 03:33:58 PM EDT | 240-237-2531 | SMS | Outgoing | Delivered | Can't, i am busy until Tuesday | |
| 2026/10/22 | 03:35:01 PM EDT | 240-237-2531 | SMS | Incoming | | Ooh okay | |
| 2026/10/23 | 11:48:32 AM EDT | 240-237-2531 | SMS | Outgoing | Delivered | Are you good to meet Tuesday and will you bring the money? | |
| 2026/10/23 | 11:57:32 AM EDT | 240-237-2531 | SMS | Incoming | | Yes | |
| 2026/10/23 | 11:58:58 AM EDT | 240-237-2531 | SMS | Outgoing | Delivered | Great, send me the container numbers for the next 10 shipments and i will start working on them. | |
| 2026/10/23 | 11:59:44 AM EDT | 240-237-2531 | SMS | Incoming | | Please prepare from today or Monday to release, once you receive the money, you can release it right away, you don't need to wait another day. | |
| 2026/10/23 | 11:59:52 AM EDT | 240-237-2531 | SMS | Incoming | | Liked "Are you good to meet Tuesday and will you bring the money?" | |

## CONCLUSION

25. Based upon the foregoing, your Affiant submits there is probable cause to believe that **ALJUFRI** violated federal law, namely, the offer of a bribe of a public official, in violation of 18

U.S.C. § 201(b).

FRANKLYN K MYERS
Digitally signed by FRANKLYN K MYERS
Date: 2026.10.26 07:51:29 -04'00'

SA Franklyn Myers
U.S. Department of Homeland Security
Homeland Security Investigations

Affidavit submitted by email and attested to me as true and accurate by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on the 27th day of October, 2026.

The Honorable Chelsea J. Crawford
United States Magistrate Judge